In the Matter of the Judicial Settlement of the Accounts of THE MARINE TRUST COMPANY OF BUFFALO, as Trustee of the Trust Created under Trust Agreement Dated November 9, 1927, as Amended December 1, 1927, by GEORGE B. WILEY.— Order affirmed, without costs. Memorandum: We find that the appellant has not been guilty of laches. (Redfield v. Critchley, 277 N. Y. 336.) We place our affirmance on the authority of City Bank Farmers Trust Co. v. Charity Organization Society of City of N. Y. (238 App. Div. 720; affd., 264 N. Y. 441). All concur, except Harris, J., who dissents and votes for reversal and granting motion on the ground that the trust agreement is susceptible of the construction that it is of testamentary character. (The order denies motion to vacate a previous order and open a default.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ERNEST F. JENKINS, Appellant, v. OAK HILL COUNTRY CLUB and Others, Defendants, and TOWN OF PITTSFORD, Respondent.— Order affirmed, without costs, with leave to renew, on the ground that such order was granted in the exercise of sound discretion because at the time the motion was made and decided there was pending and under consideration a motion by defendant Town of Pittsford for summary judgment. All concur, except Cunningham, J., not voting. (The order denies motion of plaintiff for an order discontinuing the action to restrain the construction of a highway without prejudice.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ERNEST F. JENKINS, Respondent, v. OAK HILL COUNTRY CLUB and Others, Defendants, and TOWN OF PITTSFORD, Appellant.— Order affirmed, without costs. All concur, except Cunningham, J., not voting. (The order denies motion of defendant Town of Pittsford for summary judgment in an action to restrain defendants from building a highway in breach of an agreement with plaintiff.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRANK W. CROUCH, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 19051.) — Judgment affirmed, with costs. All concur. (The judgment awards damages to claimant for breach of contract for the construction of a highway.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

JOHN F. MAIER, Suing on Behalf of Himself and All Other Parties Similarly Situated, Respondent, v. PETER P. CORCORAN, Appellant, ROYAL DEVELOPMENT COMPANY and GEORGE J. WEINMAN, Respondents, and Others, Defendants. PETER P. CORCORAN, Suing on Behalf of Himself and on Behalf of All Other Creditors of ROYAL DEVELOPMENT COMPANY, Appellant, v. ROYAL DEVELOPMENT COMPANY, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants motion of Royal Development Company to consolidate the two actions and sets the venue in Monroe county.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.